UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN'S LADDER LEGAL PLACEMENTS, LLC,

    *Plaintiff,*

-against-

MAJOR, LINDSEY & AFRICA, LLC,

    *Defendant.*

No. 21 Civ. 7124

## **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Major, Lindsey & Africa, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, certifies by and through undersigned counsel that:

Major, Lindsey & Africa, LLC has one member: MLA Legal, LLC. The sole member of MLA Legal LLC is Allegis Group, Inc. Allegis Group, Inc. is not publicly traded.

Dated: New York, New York
       October 26, 2021

                            SHOOK, HARDY & BACON, LLC

                            William E. Vita, Esq.
                            1325 Avenue of the Americas
                            28th Floor
                            New York, NY 10019
                            (212) 989-8844
                            (929) 501-5455 (fax)
                            wvita@shb.com

                            *Attorneys for Defendant*
                            *Major, Lindsey & Africa, LLC*