

October 29, 2021

BY ECF

The Honourable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

William E. Vita

1325 Avenue of the Americas
New York, New York 10019
**t** 212-989-8844
**dd** 212.779.6103
**f** 929-501-5455
wvita@shb.com

Re: *Jordan's Ladder Legal Placements, LLC v. Major, Lindsey & Africa, LLC*, 21-cv-7124

Dear Judge McMahon:

We represent Defendant Major, Lindsey & Africa, LLC ("MLA") in this matter.

On October 14, 2021 the Court issued an Order Scheduling an Initial Pretrial Conference on December 2, 2021, at 10:30 am. (Doc. 9.) On October 26, 2021, MLA filed a motion to dismiss, *in lieu* of an answer. (Doc. 10.) It is expected that this motion will be fully briefed prior to the Initial Pretrial Conference. We write pursuant to Section III, B of the Court's Individual Rules, to request that a submission of a case management plan by the parties await a decision on the pending motion.

Plaintiff would defer to the Court's wishes with respect to scheduling.

Thank you for your time and attention to this matter.

Respectfully submitted,

William E. Vita


Cc: Daniel F. Wachtell, Esq.
    By ECF