> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/29/2021

**SHOOK**
HARDY & BACON

October 29, 2021

William E. Vita

BY ECF

*Conference Cancelled.*

The Honourable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*/s/ Colleen McMahon*
11/29/2021

1325 Avenue of the Americas
New York, New York 10019
**t** 212-989-8844
**dd** 212.779.6103
**f** 929-501-5455
wvita@shb.com

Re:  *Jordan's Ladder Legal Placements, LLC v. Major, Lindsey & Africa, LLC,*
     21-cv-7124

MEMO ENDORSED

Dear Judge McMahon:

   We represent Defendant Major, Lindsey & Africa, LLC ("MLA") in this matter.

   On October 14, 2021 the Court issued an Order Scheduling an Initial Pretrial Conference on December 2, 2021, at 10:30 am. (Doc. 9.) On October 26, 2021, MLA filed a motion to dismiss, *in lieu* of an answer. (Doc. 10.) It is expected that this motion will be fully briefed prior to the Initial Pretrial Conference. We write pursuant to Section III, B of the Court's Individual Rules, to request that a submission of a case management plan by the parties await a decision on the pending motion.

   Plaintiff would defer to the Court's wishes with respect to scheduling.

   Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ William E. Vita

William E. Vita

Cc: Daniel F. Wachtell, Esq.
    By ECF