UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JORDAN'S LADDER LEGAL PLACEMENTS, LLC,

                Plaintiff,                No. 21 Civ. 7124 (CM)

-against-                                  **STATEMENT
                                                      UNDER OATH**

MAJOR LINDSEY & AFRICA, LLC.

                Defendant.
-----------------------------------------------------------------X
STATE OF MARYLAND      )
                                  ) ss:
COUNTY OF ANNE ARUNDEL  )

I, Matthew Sticklin, being duly sworn, hereby state as follows, under penalties of perjury:

1. I am the Chief Financial Officer of Major Lindsey & Africa, LLC.
2. I am familiar with the business structure of Major Lindsey & Africa, LLC.
3. This Statement Under Oath is submitted in response to the Court's Order, dated May 3, 2022, requesting that the defendant apprise the Court of the citizenship of every member of Major Lindsey & Africa, LLC.
4. Major Lindsey & Africa, LLC., is a Maryland limited liability company with only one member: MLA Legal, LLC, a Delaware limited liability company.
5. MLA Legal, LLC, in turn, has only one member: Allegis Group, Inc.
6. Allegis Group, Inc. was incorporated in the State of Maryland and has its principal place of business at 7301 Parkway Drive, Hanover, Maryland.

                                                     Matthew Sticklin

Sworn to before me on this date:
May 6, 2022

_____
Notary Public

MICHELE A. SHIPLEY
Notary Public-Maryland
Anne Arundel County
My Commission Expires
April 13, 2025

My Commission Expires:
04/13/25

1

4853-8803-2542 v2