LAW OFFICE OF DANIEL F. WACHTELL
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com

December 15, 2022

**By CM/ECF**
Hon. James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Jordan's Ladder Legal Placements, LLC v. Major, Lindsey & Africa, LLC,
                No. 21 Civ. 7124 (CM) (JLC) (S.D.N.Y.)

Dear Judge Cott:

      I am writing on behalf of my client, Plaintiff Jordan's Ladder Legal Placements, LLC ("Jordan's Ladder"), and together with William E. Vita, Esq., counsel for Defendant Major, Lindsey & Africa, LLC ("MLA").  This matter was referred to Your Honor for discovery-related issues by Judge Colleen McMahon by Order of Reference dated November 29, 2022 [Docket No. 28].

      The parties jointly write to request a brief adjournment of the Initial Pretrial Conference, which Your Honor has currently scheduled for January 5, 2023, to enable further discussions regarding the resolution of outstanding disputes concerning Defendant's Rule 26 disclosures, which were previously addressed in Plaintiff's letter to Judge McMahon of November 28, 2022 [Docket No. 27].  If the Court is available, the parties would request that the Initial Pretrial Conference be set for the week of January 30, and that the deadline for filing the Case Management Plan and Scheduling Order be adjourned accordingly.

      I appreciate your time and attention to this request.

                                          Yours, sincerely,

                                          Daniel F. Wachtell

cc:    William E. Vita, Esq.
        *Counsel for Defendant*